IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROMEO WALTER, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:20-cr-00039 |

**MOTION TO ADOPT CO-DEFENDANT, KENAN THOMAS'
MOTION FOR RECONSIDERATION OF MOTION TO DISMISS COUNTS 2-9
UNDER THE SECOND AMENDMENT**

**COMES NOW,** Defendant, ROMEO WALTER, by and through appointed counsel, and hereby moves this Honorable Court to adopt Co-Defendant, Kenan Thomas', MOTION for Reconsideration (ECF 243) of Defendant's Motion to Dismiss Counts 2-9 Under The Second Amendment (ECF 179), and incorporates the arguments made therein as applicable to Defendant WALTER.

**WHEREFORE,** Defendant, ROMEO WALTER**,** respectfully prays to this Honorable Court grant the subject Motion for Reconsideration and Dismiss counts 2-9 of the Indictment as more fully set forth therein, and such other relief it deems just and proper.

Dated: October 18, 2023.

Respectfully submitted,
**PALOMARES-STARBUCK & ASSOCIATES**
66 W. Flagler Street, Suite 601
Miami, Florida 33130
Telephone: (305) 537-9373
E-Service E-mail: palolaw2@gmail.com
Secondary E-mail: palolaw@gmail.com

By:   */s/ Lorenzo J. Palomares Starbuck*
     **Lorenzo J. Palomares-Starbuck, Esq.**
     *By appointment of the Court*

1
**PALOMARES-STARBUCK & ASSOCIATES**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF and/or e-mail on this October 18, 2023, upon all parties of record.

By:   */s/ Lorenzo J. Palomares Starbuck*
       **Lorenzo J. Palomares-Starbuck, Esq.**
       *By appointment of the Court*